**MODIFY and AFFRIM; Opinion issued January 17, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00283-CR

## DERRICK DEON CHRISTOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F11-70068-K

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice FitzGerald

Derrick Deon Christor waived a jury, pleaded guilty to failure to register as a sex offender, and pleaded true to one enhancement paragraph. The trial court assessed punishment at ten years' imprisonment and a $1,000 fine. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a

copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

Although not an arguable issue, we note that appellant was convicted of failure to register as a sex offender under title 62.102 of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 62.102(a) (West 2006). The trial court's judgment recites the statute for the offense is "62.10 Penal Code." We modify the judgment to show the statute for the offense is "62.102(a) Code of Criminal Procedure." *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment.

KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

120283F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DERRICK DEON CHRISTOR, Appellant

No. 05-12-00283-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 4 of Dallas County, Texas (Tr.Ct.No.
F11-70068-K).
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Statute for Offense" is modified to show "62.102(a) Code of Criminal Procedure."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered January 17, 2013.

KERRY P. FITZGERALD
JUSTICE